## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

JUDY ANDREWS                                                      PLAINTIFF

vs.                            CASE NO. 3:15-CV-00391-JTK

CAROLYN W. COLVIN, *Acting Commissioner*
Social Security Administration                                   DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is

CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff,

reversing the decision of the Commissioner and remanding this case for further

evaluation consistent with the findings of the Court.

SO ADJUDGED this 26th day of July, 2016.

_____
                          United States Magistrate Judge